McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PRIMA FRUTTA PACKING, INC.; OFFICE OF LAWRENCE SAMBADO AT A. SAMBADO & SON, INC.; OFFICE OF RICHARD SAMBADO AT PRIMAVERA MARKETING, INC. | ) CASE NOS. SW 04-317 ) ) ) UNSEALING MOTION AND ORDER ) ) ) ) ) |

The United States requests that the Application and Affidavit for Search Warrant in the above-captioned case be unsealed.  There is no longer any law enforcement purpose to maintaining the seal.

                                         Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED:  April 10, 2007      By:  /s/ Matt Segal
                                             MATTHEW D. SEGAL
                                             Assistant U.S. Attorney

**IT IS SO ORDERED**.

DATED: April 10, 2007.

                                         */s/ Dale A. Drozd*
                                         DALE A. DROZD
                                         UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/primafruitta0317.ord